People ex rel. Rankin v Brann (2023 NY Slip Op 01197)

People ex rel. Rankin v Brann

2023 NY Slip Op 01197

Decided on March 8, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 8, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LARA J. GENOVESI
DEBORAH A. DOWLING
HELEN VOUTSINAS, JJ.

2023-02041

[*1]The People of the State of New York, ex rel. Douglas G. Rankin, on behalf of Sykwan Washington, petitioner,
v
Cynthia Brann, etc., respondent.

Douglas G. Rankin, Brooklyn, NY, petitioner pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, Semyon Davydov, and Jessica Coalter of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Sykwan Washington upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 70420/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
IANNACCI, J.P., GENOVESI, DOWLING and VOUTSINAS, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court